| | | | |
|---|---|---|---|
| Spence, In re Marriage of | 16–1035 | 04/19/2017 | Affirmed |
| State v. Lightfoot | 16–1038 | 04/19/2017 | Affirmed |
| City of Des Moines v. Hurley | 16–1042 | 04/19/2017 | Affirmed |
| State v. Lankford | 16–1152 | 04/19/2017 | Affirmed |
| Sungreen LawnCare, L.L.C. v. Beautiful Lawns by Longs, L.L.C. | 16–1271 | 04/19/2017 | Reversed and Remanded |
| State v. Pickering | 16–1272 | 04/19/2017 | Affirmed |
| State v. Gunter | 16–1291 | 04/19/2017 | Affirmed |
| State v. Shanahan | 16–1341 | 04/19/2017 | Affirmed |
| Watkins, In re Marriage of | 16–1344 | 04/19/2017 | Affirmed as Modified |
| State v. McCann | 16–1485 | 04/19/2017 | Affirmed |
| State v. Brown | 16–1558 | 04/19/2017 | Affirmed |
| Wright v. State | 16–1613 | 04/19/2017 | Affirmed |
| State v. Jones | 16–1723 | 04/19/2017 | Affirmed |
| Rehr v. Guardian Tax Partners, Inc. | 16–1962 | 04/19/2017 | Affirmed |
| Janssen v. Witcraft | 16–2004 | 04/19/2017 | Reversed and Remanded |
| D.I., In Interest of | 17–0024 | 04/19/2017 | Affirmed |
| B.T., In Interest of | 17–0078 | 04/19/2017 | Affirmed |
| K.M., In Interest of | 17–0079 | 04/19/2017 | Affirmed |
| S.G., In Interest of | 17–0157 | 04/19/2017 | Affirmed |
| M.S., In Interest of | 17–0182 | 04/19/2017 | Affirmed |
| J.H., In Interest of | 17–0205 | 04/19/2017 | Affirmed |
| R.D., In Interest of | 17–0259 | 04/19/2017 | Affirmed |
| Iowa Department of Revenue v. Walbaum | 16–1322 | 04/19/2017 | Affirmed |